UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIO L. PATTERSON,

    Plaintiff

-v-

GENERAL MOTORS, LLC, a
Delaware Corporation,

    Defendant.

Case No. 2:21-cv-11843
Hon. Jonathan J.C. Grey
Magistrate David R. Grand

_____

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and upon the stipulation of the parties, by and through their respective undersigned counsel, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint, and all claims raised or which could have been raised against Defendant as of the date of entry of this dismissal, shall be and are hereby **DISMISSED WITH PREJUDICE** and without costs, interest, or attorneys' fees to any party.

**IT IS SO ORDERED.**

**This is a final order and closes the above-captioned matter.**


Dated:  September 23, 2024          **s/Jonathan J.C. Grey**
                                    Jonathan J.C. Grey
                                    United States District Court Judge

Stipulated as to form and content by:

| | |
|---|---|
| */s/ Brian E. Koncius (w/consent)* | */s/ Emilie K. Vassar* |
| Brian E. Koncius (P69278) | Ellen Toth, OH 0056176 |
| BOGAS & KONCIUS P.C. | OGLETREE, DEAKINS, NASH, |
| 31700 Telegraph Road, Suite 160 | SMOAK & STEWART, P.C. |
| Bingham Farms, MI  48025 | Key Tower |
| 248-502-5000 | 127 Public Square, Suite 4100 |
| bkoncius@kbogaslaw.com | Cleveland, OH  44114 |
| *Attorneys for Plaintiff* | 216-241-6100 |
| | ellen.toth@ogletree.com |
| | |
| | -and- |
| | |
| | Emilie K. Vassar (P84397) |
| | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| | 34977 Woodward Ave., Suite 300 |
| | Birmingham, MI 48009 |
| | 248-723-6113 |
| | emilie.vassar@ogletree.com |
| | |
| | *Attorneys for Defendant* |

Dated: September 23, 2024

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 23, 2024.

**s/ S. Osorio**
**Sandra Osorio**
**Case Manager**